AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Paul Fowkles<br><br>*Defendant(s)* | Case No.<br>2:17-mj-65 |

**FILED**
APR 06 2017
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  6-22-16 through 3-11-17  in the county of  Lake  in the  Northern  District of  Indiana  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | Providing Knowingly False Material Information to a Federal Firearms Licensee in order to procure firearms |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Roger Crafton, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/06/2017

S/John E. Martin
_____
*Judge's signature*

City and state:  Hammond, IN

John E. Martin,  U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Roger Crafton, Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, being sworn, deposes and states the following:

1.     That I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been so employed for over 25 years. During my employment with the Bureau of Alcohol, Tobacco and Firearms, I have successfully completed two training programs, Criminal Investigator Training and New Agent Training.  Both programs were approximately eight weeks in length and both were conducted by the Federal Law Enforcement Center, located in Glynco, Georgia. Both of these programs included training in conducting complex criminal investigations involving violations of the Gun Control Act, National Firearms Act and the Explosives Control Act.  I have also participated in numerous investigations of firearms related and drug related offenses occurring in the Northern District of Indiana.  Prior to my association with the Bureau of Alcohol, Tobacco and Firearms, I had been employed by the Indiana University Police Department and the City of Portage, Indiana, Police Department for a combination of approximately seven years.  During my tenure as a police officer, I had the opportunity to make a wide variety of felony arrests concerning violations of state narcotics and firearms laws of the State of Indiana.

2.     Your affiant states that the facts which establish probable cause necessary for the issuance of the criminal complaint are either personally known to me, have been told to me directly by law enforcement officers and others with whom I have worked on this case, or I have learned from review of documents.  This affidavit is being submitted for the limited purpose of establishing probable cause necessary for the issuance of the criminal complaint, and I have not

1

included each and every fact known to me concerning this investigation.

3. On or about March 28, 2017, SA Dan Mitten reviewed ATF reports of investigation relating to Paul Kenya Fowkles, who also goes by the name Paul Kenya Fowlkes, who lists his residence address as being 1532 Woodson Drive, Apartment 216, Indianapolis, Indiana. Your affiant learned that Fowkles had purchased in excess of twenty-five (25) firearms, mainly all handguns, including several handguns of the same make, model and caliber, from two (2) FFLs in Marion County, Indiana, and four (4) FFLs in Lake County, Indiana, during the about the last year. Your affiant learned that the last three (3) firearm purchases made by Fowkles were on March 8, 2017, where he purchased two (2) Glock pistols, a model 23 and a model 27, from South County Gun Company in Schererville, Indiana, and March 11, 2017, where he purchased a Glock 23 from Westforth Sports in Gary, Indiana. Your affiant learned that on March 28, 2017, Fowkles had purchased a Ruger, SR9C pistol from Westforth Sports in Gary, Indiana, but he has not yet taken possession of this firearm.

4. Your affiant also learned that Fowkles has had three (3) firearms, which he had previously purchased, recovered by law enforcement in the possession of other people not authorized to purchase firearms themselves that were submitted to ATF to be traced.

5. Fowkles purchased a Smith and Wesson, nine-millimeter pistol on March 1, 2016, from Gander Mountain, an FFL located in Merrillville, Indiana. This firearm was recovered by the Harvey, Illinois, Police Department, in the possession of Leondre Smith, a felon. This firearm had a time to crime of 115 days, which is the number of days from the date it was purchased from the FFL until the date it was recovered by law enforcement.

6. Fowkles purchased a Taurus nine millimeter pistol on October 15, 2016, from Gander Mountain located in Avon, Indiana, an FFL, which was recovered by the Indianapolis

2

Police Department on January 1, 2017, in the possession of Geordyn Owens, a twenty year old male who, because he was under 21 years of age, could not purchase a handgun from an FFL. This firearm trace had a time to crime of 78 days.

7. On March 4, 2017, Fowkles purchased a Canik55, nine millimeter pistol from Gander Mountain located in Merrillville, Indiana, an FFL, which was recovered on March 7, 2017, by the Chicago Police Department in the possession of Dion Winston who at the time of the arrest had an outstanding felony arrest warrant and was a suspect in an unrelated aggravated battery with a firearm charge. Winston, who was also only twenty years old and thus could not purchase a handgun from an FFL. Winston was arrested with the firearm after both a vehicle and foot chase. This firearm trace had a time to crime of three (3) days meaning that it was in the hands of Winston three days after it was purchased by Fowkles.

8. Prior to each gun purchase, Fowkles filled out an ATF form whereby he gave personal information to the FFL that the FFL utilized to determine if Fowkles was eligible to purchase firearms. In each purchase made between June 1, 2016 and the present, Fowkles used as his address, 1532 Woodson Drive, Apartment 216 in Indianapolis, Indiana.

9. On March 31, 2017, your affiant learned that Paul K. Fowkles had in fact rented the apartment located at 1532 Woodson Drive, Apartment 216 in Indianapolis, Indiana, on February 6, 2016, and moved into the apartment. However, Fowkles made his last rent payment on April 8, 2016. On May 31, 2016, FOWKLES was evicted from the apartment at 1532 Woodson Drive, Apartment 216, in Indianapolis, Indiana, still owing the apartment complex approximately $850 in back rent and fees. This same apartment was then rented to another tenant in June of 2016 who remains living there. Therefore, for all purchases of firearms made from FFL's after June 1,

2016, Fowkles used this address as his residence on the required ATF forms despite having no connection to that property at the time of the gun purchases.

10. On or about March 31, 2017, ATF learned, that Paul K. Fowkles changed his mailing address with the Indiana Bureau of Motor Vehicles (BMV) on May, 28, 2016, from 1532 Woodson Drive, Apartment 216 in Indianapolis, Indiana, to 232 North Mickley Avenue, Apartment A, in Indianapolis, Indiana. On September 23, 2016, Fowkles again changed his mailing address with the BMV to 3021 Pebble Point Drive, Apt. C, in Indianapolis, Indiana. Importantly, your affiant learned that Fowkles never changed his residence or legal address when he changed his mailing addresses. On December 6, 2016, Fowkles went into the Hammond, Indiana BMV Branch and applied for an Indiana State identification card. When Fowkles applied for this State identification card he listed his residence address as being 1532 Woodson Dr., Apt. 216, in Indianapolis, Indiana, (even though he had not lived there for 6 months) and then advised the BMV his mailing address was 11624 S. Normal Avenue in Chicago, Illinois. This suggests that Fowkles was living in Illinois while attempting to maintain an Indiana address for the purpose of utilizing an Indiana address to make firearm purchases.

11. Your affiant knows that the Gander Mountain stores located in Merrillville and Avon, Indiana, along with Westforth Sports located in Gary, Indiana, are licensed by ATF as FFLs.

12. ATF has identified at least 25 firearm purchases between June 1, 2016 and the present within the Northern District of Indiana whereby Fowkles used the Woodson address in Indianapolis as his address on the ATF forms provided to the FFL in support of the purchase of firearms including a purchase on 6-22-16 from Cabela's at 770 Cabela Drive in Hammond Indiana

within the Northern District of Indiana for a Walther PPS .40 serial number AM4497 and a 3-11-17 purchase from Westforth Sports at 4704 Roosevelt St in Gary, Indiana within the Northern District of Indiana for a Glock 23 .40 caliber with serial number BCSS068.  Fowkles had no connection with the Woodson address at the time of these purchases.

13.    Paul Fowkles was located in Indianapolis, IN by law enforcement on April 5, 2017. He was placed in state custody and questioned on gun purchases in the Indianapolis area and in the Northern District of Indiana.    After receiving Miranda warnings, Fowkles agreed to be interviewed.   Fowkles agreed that he had not lived at the 1532 Woodson Drive address since June of 2016 and further admitted to using that address to procure guns from various gun stores after he had no connection to the address. He claims that he is still in possession of the purchased firearms and that they are all within a family safe at a home in Gary, Indiana despite the fact that three have been recovered by law enforcement in the hands of individuals who cannot themselves purchase firearms from an FFL.

14. Based on the above statement of facts, your affiant believes probable cause exists for the issuance of a criminal complaint for Paul K. Fowkles who also uses the name Paul Kenya Fowlkes for Making False Statements to an FFL to Acquire Firearms, in violation of Title 18, United States Code, Section 922(a) (6).

FURTHER AFFIANT SAYETH NAUGHT.

_____
ROGER CRAFTON, SPECIAL AGENT
BUREAU OF ALCOHOL, TOBACCO
FIREARMS AND EXPLOSIVES

Subscribed and sworn to
before me this 6th day
of April, 2017.

S/John E. Martin

_____
HONORABLE JOHN MARTIN
UNITED STATES MAGISTRATE JUDGE